CITY OF MICHIGAN CITY ET AL. *v.* STATE EX REL. THOMAS

[No. 26,692. Filed April 27, 1937.]

*Lawrence W. Carmon, Clarence J. Sweeney, Warren J. Rommes* and *Walter R. Arnold,* for appellants.

*Neville W. Williams,* for appellee.

PER CURIAM—Upon authority of *City of Michigan City et al.* v. *State ex rel. Seidler* (1937), ante 586, 5 N. E. (2d) 968, the judgment is reversed.